## 𝕾taunton

Corbet Farmer v. Commonwealth of Virginia.

September 14, 1955.

Record No. 4391.

Present, Hudgins, C. J., and Eggleston, Spratley, Buchanan, Smith and Whittle, JJ.

M. M. Long and Glyn R. Phillips, for the plaintiff in error.

J. Lindsay Almond, Jr., Attorney General and Thomas M. Miller, Assistant Attorney General, for the Commonwealth.

> Judgment affirmed without opinion by equally divided Court.